IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT JASON DILLARD                                                                     PLAINTIFF

v.                                    Case No. 4:19-cv-4105

JAIL ADMINISTRATOR JANA TALLANT;
DEPUTY JOHN ERIC GILDWALL;
and SHERIFF BRIAN MCJUNKINS, Howard
County, Arkansas                                                                         DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed May 29, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 30). Judge Bryant recommends that the Court grant Defendants Tallant, Glidewell, and McJunkins' Motion for Summary Judgment. (ECF No. 24).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds no clear error warranting a departure from Judge Bryant's recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 30) *in toto*. Defendants Tallant, Glidewell, and McJunkins' Motion for Summary Judgment (ECF No. 24) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against Defendants Tallant, Glidewell, and McJunkins are hereby **DISMISSED WITH PREJUDICE**. All of Plaintiff's claims in this action have been dismissed, and this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge